UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 7, 2007

No. 07-155

In Re: LESTER BARNETT, JR.

    Movant

---------
O R D E R
---------

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Traxler and Senior Judge Hamilton.

For the Court,

/s/ Patricia S. Connor
_____
CLERK